UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAZARO MARTINEZ,**

    Plaintiff,

v.                                                Case No.:  **6:22-cv-00461**

**LOWE'S HOME CENTERS, LLC,**
a Foreign Limited Liability Company,

    Defendant.
_____/

## DEFENDANT LOWE'S HOME CENTERS, LLC'S NOTICE OF REMOVAL

Defendant, Lowe's Home Centers, LLC ("Defendant"), in accordance with Title 28 of the United States Code §§ 1331, 1441(a) and 1446, the applicable Federal Rules of Civil Procedure and Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, files this Notice of Removal of the civil action filed by Plaintiff, Lazaro Martinez ("Plaintiff"), in the Ninth Judicial Circuit in and for Orange County, Florida (Case No. 2022-CA-000501-O), because there is a federal question at issue.  The grounds for removal of this civil action are set forth below.

## Introduction

On or about January 18, 2022, Plaintiff initiated this civil action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, under the name and style, *Lazaro Martinez v. Lowe's Home Centers, LLC, a Foreign Limited Liability Company* (the "Circuit Court Case"). The Circuit Court Case was assigned case number 2022-CA-000501-O. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind on file in the Circuit Court Case are attached as **Composite Exhibit "A"** and are incorporated herein by reference.

## Timeliness of Removal

Plaintiff served Defendant on February 4, 2022. Defendant filed this notice of removal within thirty (30) days of service of Plaintiff's Complaint as required under 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (holding thirty-day removal period begins to run when the defendant is formally served).

## Federal Question Jurisdiction

Plaintiff's Complaint seeks relief for alleged violations of the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"). This action is removable to federal court pursuant to 28 U.S.C. § 1441(a) because it could have been filed originally in this Court pursuant to the federal question jurisdiction conferred by 28 U.S.C. § 1331. Specifically, jurisdiction under 28 U.S.C. § 1331

exists because a federal question appears "on the face of the plaintiff's properly pleaded complaint." *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). Included within **Composite Exhibit "A"** is a true and correct copy of the complaint served upon Defendant.

## Judicial District

The Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida is located within the United States District Court for the Middle District of Florida, Orlando Division. Thus, venue is proper in this Court because it is "the district and division embracing the place where the action is pending," 28 U.S.C. § 1441(a), and removal to this Court is proper under 28 U.S.C. § 1446(a).

## Filing of Removal Papers

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served on Plaintiff's counsel and a Notice of Filing Notice of Removal is simultaneously being filed with the Clerk of the Circuit Court in and for Orange County, Florida, a copy of which is attached hereto as **Exhibit "B."**

## Conclusion

Removal is appropriate under 28 U.S.C. § 1331 because this action could have been filed originally in this Court pursuant to federal question jurisdiction. This notice of removal is being filed within thirty (30) days after service of Plaintiff's Complaint. Accordingly, this action currently pending in the Circuit Court in and

for Orange County, Florida should be removed to the United States District Court for the Middle District of Florida, Orlando Division, and this Court should assume full jurisdiction of this case as provided by law.

DATED this 4th day of March, 2022.

                                                 Respectfully submitted by:

                                                 **JACKSON LEWIS P.C.**

                                                 */s/ Laura E. Prather*
                                                 **LAURA E. PRATHER, B.C.S.**
                                                 **Lead Trial Counsel**
                                                 Florida Bar No. 870854
                                                 Laura.Prather@jacksonlewis.com
                                                 Nicole.Villa@jacksonlewis.com
                                                 **CHASE H. HALE**
                                                 Florida Bar No. 1026400
                                                 Chase.Hale@jacksonlewis.com
                                                 Nicole.Villa@jacksonlewis.com

                                                 Wells Fargo Center
                                                 100 S. Ashley Drive, Suite 2200
                                                 Tampa, Florida 33602
                                                 Telephone:   813-512-3210
                                                 Facsimile:    813-512-3211
                                                 TampaDocketing@jacksonlewis.com

                                                 *Attorneys for Defendant Lowe's Home Center, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2022, I filed *Defendant Lowe's Home Centers, LLC's Notice of Removal* with the Clerk of Court, United States Middle District of Florida – Orlando Division, via the CM/ECF filing system which will send an electronic notice to counsel of record and was served via U.S. mail and electronic mail to counsel of record.

>  */s/ Laura E. Prather*
>  Attorney

4865-0390-7857, v. 1