# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAZARO MARTINEZ,**

      **Plaintiff,**

**v.**                                                    **Case No.: 6:22-cv-00461-RBD-LHP**

**LOWE'S HOME CENTERS, LLC,**
**a Foreign Limited Liability Company,**

      **Defendant.**
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Lowe's Home Centers, LLC ("Defendant"), by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a.      Lazaro Martinez (Plaintiff).

    b.      Peter M. Hoogerwoerd, Esq. (Attorney for Plaintiff).

    c.      Cristobal Bobadilla-Gamboa, Esq. (Attorney for Plaintiff).

    d.      Corey L. Seldin, Esq. (Attorney for Plaintiff).

    e.      Remer & Georges-Pierre, PLLC (Legal Counsel for Plaintiff).

    f.      Lowe's Home Centers, LLC (Defendant).

    g.      Lowe's Companies, Inc. (parent corporation of Defendant) is a publicly traded corporation (NYSE: LOW).

    h.      Laura E. Prather, Esq. (Attorney for Defendant).

    i.      Chase H. Hale, Esq. (Attorney for Defendant).

    j.      Jackson Lewis P.C. (Legal Counsel for Defendant).

2.    The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

    None.

4.    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Lazaro Martinez has alleged claims in this lawsuit.

5.      Check one of the following:

___X___          a.      I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____          b.      I certify that I am aware of a conflict or bias of recusal of the District Judge or Magistrate Judge as follows:

DATED this 21st day of March, 2022.

                                        Respectfully submitted by:

                                        **JACKSON LEWIS P.C.**

                                        */s/ Laura E. Prather*
                                        **LAURA E. PRATHER, B.C.S.**
                                        **Lead Trial Counsel**
                                        Florida Bar No. 870854
                                        Laura.Prather@jacksonlewis.com
                                        Nicole.Villa@jacksonlewis.com
                                        **CHASE H. HALE**
                                        Florida Bar No. 1026400
                                        Chase.Hale@jacksonlewis.com
                                        Nicole.Villa@jacksonlewis.com

                                        Wells Fargo Center
                                        100 S. Ashley Drive, Suite 2200
                                        Tampa, Florida 33602
                                        Telephone:  813-512-3210
                                        Facsimile:   813-512-3211
                                        TampaDocketing@jacksonlewis.com

                                        *Attorneys for Defendant Lowe's Home Center, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of March, 2022, I filed *Defendant's Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court, United States Middle District of Florida – Orlando Division, via the CM/ECF filing system which will send an electronic notice to counsel of record.

*/s/ Laura E. Prather*
Attorney

4889-7589-0449