UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAZARO MARTINEZ,

   Plaintiff,

v.                                     CASE NO. 6:22-cv-00461-RBD-LHP

LOWE'S HOME CENTERS, LLC,
a Foreign Limited Liability Company,

   Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03(a), Plaintiff, LAZARO MARTINEZ ("Plaintiff"), by and through the undersigned counsel, hereby files this Certificate of Interested Persons and states the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action - including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A. Lazaro Martinez – Plaintiff;

    B. Remer & Georges-Pierre, PLLC – Counsel for Plaintiff;

    C. Peter M. Hoogerwoerd, Esq. – Counsel for Plaintiff;

    D. Corey L. Seldin, Esq. – Counsel for Plaintiff;

    E. Lowe's Home Centers, LLC – Defendant;

    F. Jackson Lewis, P.C. – Counsel for Defendant;

    G. Laura E. Prather, Esq. – Counsel for Defendant;

    H. Chase H. Hale, Esq. – Counsel for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   A. None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors):

   A. None

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   A. None other than those parties already identified in response to No. 1.

5. I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the District Judge and/or the Magistrate Judge assigned to this case, and I will immediately notify the Court in writing within fourteen (14) days upon learning of any such conflict.

Dated March 21, 2022

Respectfully submitted,
 /s/ **Corey L. Seldin**
Peter M. Hoogerwoerd, Esq.
Florida Bar No. 188239
pmh@rgpattorneys.com
Corey L. Seldin, Esq.
Florida Bar No. 1026565
cseldin@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 4 I 6-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st of March 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Corey L. Seldin
Peter Michael Hoogerwoerd, Esq.
Florida Bar No.: 188239
Corey L. Seldin, Esq.
Florida Bar No. 1026565

# SERVICE LIST
## United States District Court
## Middle District of Florida
## Orlando Division

Peter M. Hoogerwoerd, Esq.Florida Bar No.: 188239
pmh@rgpattorneys.com
Corey L. Seldin, Esq.
Florida Bar No. 1026565
cseldin@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorneys for Plaintiff*


**JACKSON LEWIS, P.C.**
Laura E. Prather, Esq.
Florida Bar No. 870854
Email: Laura.prather@jacksonlewis.com
Secondary: Nicole.villa@jacksonlewis.com
Chase H. Hale, Esq.
Florida Bar No.: 1026400
Email: Chase.hale@jacksonlewis.com
Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: (813) 512- 3210
Facsimile: (813) 512-3211
Contact: tampadocketing@jacksonlewis.com

*Attorneys for Defendant*