**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LAZARO MARTINEZ,

      Plaintiff,

v.                                                              Case No. 6:22-cv-461-RBD-LHP

LOWE'S HOME CENTERS, LLC,

      Defendant.

_____

## ORDER

    This cause is before the Court *sua sponte*. Defendant filed a Motion to Dismiss or, Alternatively, for Summary Judgment. (Doc. 13 ("Motion").) The Motion is due to be taken under advisement, as the Court intends to convert the motion to dismiss to a motion for summary judgment under Federal Rule of Civil Procedure 56. *See* Fed. R. Civ. P. 12(d). Plaintiff will be allowed to submit evidence and argument, and Defendant will have the opportunity to reply.

    Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The Motion (Doc. 13) is **TAKEN UNDER ADVISEMENT**.

2.    By **Tuesday, May 17, 2022**, Plaintiff may respond to Defendant's Motion with evidence, including evidence relevant to the issue of whether Defendant ever employed Plaintiff. Failure to respond will result in the Motion being considered unopposed.

3. By **Tuesday, May 31, 2022**, Defendant may reply to any filing made by Plaintiff.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 26, 2022.

ROY B. DALTON JR.
United States District Judge