UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAZARO MARTINEZ,**

    Plaintiff,

v.                                                                                        Case No.: **6:22-cv-00461-RBD-DAB**

**LOWE'S HOME CENTERS, LLC,**
a Foreign Limited Liability Company,
and **XPO LAST MILE, INC.,** a
Foreign Profit Corporation,

    Defendants,
_____

**XPO LAST MILE, INC.,**

    Third Party Plaintiff,

v.

**MODERNO LOGISTICS CORP.,** a
Florida Corporation,

    Third Party Defendant.
_____/

**DEFENDANT LOWE'S HOME CENTERS, LLC'S NOTICE OF COMPLIANCE WITH COURT'S FLSA SCHEDULING ORDER**

Defendant, Lowe's Home Centers, LLC ("Lowe's"), through its undersigned counsel, files this Notice of Compliance with the Court's FLSA Scheduling Order [Doc. 58], and states as follows:

1. On November 1, 2022, the Court entered the FLSA Scheduling Order. [Doc. 58].

2. The FLSA Scheduling Order requires Lowe's to serve upon Plaintiff "[a]ll time sheets and payroll records in [its] possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages." [Doc. 58, at 2].

3. However, as Lowe's has consistently asserted throughout this litigation, Plaintiff was never employed by Lowe's. [Doc. 13, 36].

4. Thus, Lowe's does not have in its possession, custody or control any time sheets or payroll records pertaining to work performed by Plaintiff during the time period for which he claims unpaid wages.

DATED this 22nd day of November, 2022.

                                Respectfully submitted by:

                                **JACKSON LEWIS P.C.**

                                */s/ Chase H. Hale*
                                **Laura E. Prather, B.C.S.**
                                **Lead Trial Counsel**
                                Florida Bar No. 870854
                                Laura.Prather@jacksonlewis.com
                                Nicole.Villa@jacksonlewis.com
                                **Chase H. Hale**
                                Florida Bar No. 1026400
                                Chase.Hale@jacksonlewis.com
                                Nicole.Villa@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:   813-512-3210
Facsimile:    813-512-3211
TampaDocketing@jacksonlewis.com

*Attorneys for Defendants Lowe's Home Centers, LLC and XPO Last Mile, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of November, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF filing system, which will send an electronic notice of filing to counsel of record.

*/s/ Chase H. Hale*
Attorney

4876-3620-6912, v. 1

3