# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LAZARO MARTINEZ,

    Plaintiff,

v.

LOWES HOME CENTERS, LLC; and XPO LAST MILE, INC.,

    Defendants.

Case No. 6:22-cv-461-RBD-RMN

## **ORDER**

This cause came on for consideration on the parties' Joint Stipulation regarding their Settlement Agreement. Dkt. 74.

On March 28, 2023, this Court ordered the parties to either renew their motion for settlement approval with a revised Settlement Agreement that resolves the issues raised by the Court or to jointly file a notice with the Court where each party agrees in writing to striking Paragraph 5(d) and Paragraph 9 from the Agreement. The parties complied and on April 25, 2023, filed a joint notice agreeing to strike Paragraphs 5(d) and 9 from the Agreement. The Court construes this as a Renewed Motion for Settlement Approval.

Accordingly, it is **ORDERED**:

1. The Motion (Dkt. 74) is **GRANTED**;

2. The parties' Joint Settlement Agreement (Dkt. 70-1), with Paragraphs 5(d) and 9 stricken, is **APPROVED**;

3. The case is **dismissed with prejudice**; and

4. The Clerk is **directed** to terminate all pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 28, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record